## RETURN OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of | United States Southern District Court |

Case Number: 0:20-CV-61951-AHS

Plaintiff:
**DEVDATTA BHOGTE**

vs.

Defendant:
**PHOENIX MANAGEMENT SERVICES, INC.**

For:
Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC
jibrael@, tom@,bryon@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by All Broward Process Corp on the 12th day of October, 2020 at 11:12 am to be served on **PHOENIX MANAGEMENT SERVICES, INC., 4800 NORTH STATE RD 7, SUITE F105, LAUDERDALE LAKES, FL 33319**.

I, Abiola Cohen, do hereby affirm that on the **14th day of October, 2020** at **11:40 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL, EXHIBIT "A", and CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **Carla Monet** as **Receptionist** for **PHOENIX MANAGEMENT SERVICES, INC.**, at the address of: **4800 NORTH STATE RD 7, SUITE F105, LAUDERDALE LAKES, FL 33319**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 165, Hair: Grey, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2). Electronically signed in accordance with FSS 48.21(1).

**Abiola Cohen**
1446

**All Broward Process Corp**
**701 N Fig Tree Lane**
**Plantation, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2020002560

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c